# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

OLD REPUBLIC NATIONAL TITLE                                                      PLAINTIFF
INSURANCE COMPANY

v.                              NO. 1:11CV00039 JLH

OZARK HERITAGE BANK, N.A.;
and FIRST SERVICE BANK                                                          DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed jointly by the parties, this action, including all claims and counterclaims, is hereby dismissed without prejudice, each of the parties to bear his/her own costs.

IT IS SO ORDERED this 14th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE